IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Samer D. Kahook, | ) | C/A No.: 1:11-2393-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SECOND AMENDED |
| | ) | SCHEDULING ORDER |
| Savannah River Nuclear Solutions LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, the court established the following amended scheduling order:

8. Discovery shall be completed no later than **April 19, 2012** All discovery requests shall be served in time for the responses thereto to be served by this date, De bene esse depositions must be completed by discovery deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02.

9. All dispositive motions, except things to complete discovery, thoes nonwaivable motions made pursuant to Fed. R. 12, and thoese relating to the admissibility of evidence at trial, shall be filed on or before **August 17, 2012** (Fed. R. Civ. P. 16(b)(2)).

10. Mediation, pursuant to Local Civil Rules 16.04-16.12, shall be completed on this case on or before **August 3, 2012.** See Attached form setting forth mediation requirements. At least thirty (30) days prior to this emdiation deadline, counsel for each party shall file and serve a statement certifying that counsel has: 91) provided the party with a copy of the mediation requirement; (2) discussed the availability of mediation with the party; and (3) discussed the advisability and timing of mediation with opposing counsel.

IT IS SO ORDERED.

*Shiva V. Hodges*

May 31, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge